**FILED**

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

2019 DEC 11 AM 11: 43

for the

District of Columbia

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

United States of America
v.
Sonia Tabizada

)
)
)
)
)
)

Case No. 19-cr-00402
Assigned to: Judge Carl J. Nichols
Assign. Date: 12/6/2019
Description: INDICTMENT (B)

**ED19-0664M**

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Sonia Tabizada                                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 247(a)(2)
(Threat to Obstruct Religious Exercise)

18 U.S.C. § 844(e)
(Transmitting Bomb Threat in Interstate Commerce)

Date:  12/06/2019                                        _____
                                                                            *Issuing officer's signature*

City and state:    Washington, D.C.                        Robin M. Meriweather, U.S. Magistrate Judge
                                                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                          _____<br>*Arresting officer's signature* |
|                          _____<br>*Printed name and title* |

INVESTIGATE COPY ONLY
ORIGINAL ON FILE WITH
US MARSHAL RM 4th flr

AO 442  (Rev. 01/09)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:  Sonia Tabizada

Known aliases:  Sonja Tabizada, Sonja Azizian

Last known residence:  23131 Soboda Rd, San Jacinto, CA  92583

Prior addresses to which defendant/offender may still have ties:  2982 Veranda Ln, Corona, CA  92882 (mother)

Last known employment:  unknown

Last known telephone numbers:  951-349-7364

Place of birth:  unknown

Date of birth:  02/20/1984

Social Security number:  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

Height:  unkown                                    Weight:  unknown

Sex:  Female                                       Race:  Caucasian

Hair:  Brown                                       Eyes:  Brown

Scars, tattoos, other distinguishing marks:  unknown

History of violence, weapons, drug use:  History of using methamphetamine and marijuana

Known family, friends, and other associates *(name, relation, address, phone number)*:  N/A

FBI number:  N/A

Complete description of auto:  N/A

Investigative agency and address:  FBI-WFO
601 4th Street NW
Washington, DC 20535

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
SA Jennifer N. Schick, 202-278-2000(o) 571-481-7264(c)

Date of last contact with pretrial services or probation officer *(if applicable)*:  N/A

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**
**Grand Jury Sworn in on July 8, 2019**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** $E019$-$0664M$ |
| v. | : | **VIOLATIONS:** |
| **SONIA TABIZADA,** | : | **18 U.S.C. § 247(a)(2)** |
| | : | **(Threat to Obstruct Religious Exercise)** |
| **Defendant.** | : | |
| | : | **18 U.S.C. § 844(e)** |
| | : | **(Transmitting Bomb Threat in Interstate** |
| | : | **Commerce)** |

**INDICTMENT**

Case No.19-cr-00402
Assigned to: Judge Carl J. Nichols
Assign. Date: 12/6/2019
Description: INDICTMENT (B)

The Grand Jury charges that:

Unless otherwise indicated, at all times relevant to this Indictment:

### Background

1. Georgetown Visitation Preparatory School is a private, all-girls school located in the District of Columbia. Visitation Prep is owned and operated by the Roman Catholic Church. The school's campus includes a chapel where it holds mass and other religious services, and it teaches religious courses as part of its curriculum. Approximately 500 female students attend Visitation Prep in grades 9-12.

2. On or about May 13, 2019, Visitation Prep announced that it would begin to publish information about same-sex weddings in its alumni magazine. The school's president emeritus, M.B., sent a letter to school alumni announcing the school's decision. A copy of the letter was published on or about May 13, 2019, in the *Washington Post*.

3. The defendant, **SONIA TABIZADA**, lived in Southern California, where she learned

of Visitation Prep's decision to publish same-sex marriage announcements.

4. On or about May 15, 2019, at approximately 5:14 a.m., **SONIA TABIZADA** called

Visitation Prep and left a voice message.  The message stated:

> This message is for [M.B.], who calls herself a nun, and is straight
> from hell, and is going to hell – she's seducing innocent eyes.
> She's not helping the cause of Jesus.  She's accepting sinners –
> they have to be separate.  Hey motherf**kers, I'm going to burn
> that f**king church, I'm going to bomb it, bitch!  I'm going to
> f**king kill you guys.  I'm going to send my f**king soldiers,
> motherf**kers.  Remove the f**king gay motherf**kers from your
> magazine or I'm going to f**king kill your kids.  That's a promise.

5. On or about May 15, 2019, at approximately 5:15 a.m., **SONIA TABIZADA** called

Visitation Prep and left a voice message.  The message stated:

> What kind of pervert priests do you guys have running the show?
> Nobody cares for those girls?  You're crushing the innocent,
> motherf**king asshole.  I'm gonna f**king blow up the school and
> call it a mission from God.  You guys are going to get terrorism
> within your f**king school, motherf**ker.  And you're going to be
> guilty.  And I warned you!

<u>**COUNT ONE**</u>
(Obstructing Religious Exercise by Threat: 18 U.S.C. § 247(a)(2))

6. Paragraphs 1 to 5 of this Indictment are incorporated here by reference.

7. On or about May 15, 2019, between approximately 5:14 and 5:17 a.m. Eastern Time,

the defendant, **SONIA TABIZADA,** through the use of a telephone, placed at least two calls

from California and left at least two voice mail messages for Georgetown Visitation Prep in the

District of Columbia, and intentionally obstructed and attempted to obstruct, by threat of force,

including by threat of force against religious real property, the enjoyment of a person's free

exercise of religious beliefs.  The offense was in and affects interstate commerce, and these acts

2

included **SONIA TABIZADA** threatening the use of fire and explosives.  All in violation of

Title 18, United States Code, Section 247(a)(2) and (d)(3).

## COUNT TWO
(Transmitting Bomb Threats in Interstate Commerce: 18 U.S.C. § 844(e))

8.  Paragraphs 1 to 5 of this Indictment are incorporated here by reference.

9.  On or about May 15, 2019, between approximately 5:14 and 5:17 a.m. Eastern Time,

the defendant, **SONIA TABIZADA,** through the use of a telephone, placed at least two calls

from California, and left at least two voice mail messages for Georgetown Visitation Prep in the

District of Columbia, and willfully threatened to kill, injure, and intimidate nuns and other

officials at Georgetown Visitation Prep and to unlawfully damage or destroy a building by means

of fire and an explosive device.  Specifically, **SONIA TABIZADA** stated that she would

"bomb" and "burn" Georgetown Visitation Prep and that she was "going to f**king kill you

guys."  All in violation of Title 18, United States Code, Section 844(e).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JESSIE K. LIU
United States Attorney
District of Columbia

ERIC DRIEBAND
Assistant Attorney General
Civil Rights Division

3

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By_____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
V. )        CRIMINAL NO.
)
SONIA TABIZADA )
)
)

## CERTIFICATE OF THE ASSISTANT ATTORNEY GENERAL

I, Eric S. Dreiband, hereby certify that in my judgment, prosecution by the United States

of Sonia Tabizada for violations of Title 18, United States Code, § 247, on or about May 15,

2019, is in the public interest and is necessary to secure substantial justice. This certification is

made pursuant to Title 18, United States Code, § 247(e).

Signed this 22 day of November, 2019.

Eric S. Dreiband
Assistant Attorney General
Civil Rights Division