FILED

2019 DEC 11   AM 11:43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>SONIA TABIZADA<br>USMS# Not available | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER:<br>**ED19-0664M**<br>19-cr-00701<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO:  CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1.  Date and time of arrest: 12/11/209    10:00    ☒ AM   ☐ PM

2.  The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3.  Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4.  Charges under which defendant has been booked:

    18 USC 247 (a)(2)   and   18 USC 844 (e)

5.  Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6.  Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7.  Year of Birth: 1984

8.  Defendant has retained counsel:   ☒ No
    ☐ Yes   Name: _____   Phone Number: _____

9.  Name of Pretrial Services Officer notified: Danisha Sanchez

10.  Remarks (if any): _____

11.  Name: GREGORY HAFER   (please print)

12.  Office Phone Number: 310-429-0369      13.  Agency: FBI

14.  Signature: _____      15.  Date: 12/11/2019

CR-64 (05/18)                  REPORT COMMENCING CRIMINAL ACTION