**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SONIA TABIZADA<br><br><br><br>Defendant. | Eastern Division<br><br>Case #: 5:19-MJ-00664          Out of District<br>Initial App. Date: 12/11/2019          Affidavit<br>Time: 2:00 PM          Custody<br><br><br><br>Date Filed: 12/11/2019<br>Violation: 18:247(a)(2) & 844(e)<br>CourtSmart/Reporter: RS4 12-11-19 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Kenly Kiya Kato | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:**

| Deb Taylor | Robert Trisotto | / None |
|---|---|---|
| ---------------------------- | ------------------------------ | ----------------------------------------- |
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter/Language* |

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing, and ☑ removal hearing / Rule 20.

☑ Defendant states true name is as charged.

☑ Defendant advised of consequences of false statement in financial affidavit.

☑ Attorney: Angela Viramontes ☑ DFPD, ☑ Appointed

☑ Government's request for detention is: GRANTED.

☑ Defendant is ordered: Permanently Detained

☑ Government moves to UNSEAL Indictment: GRANTED

☑ PIA set for .

☑ Defendant executed Waiver of Rights. Process received.

☑ Court ORDERS defendant Held to Answer to District of Columbia, forhwith
☑ Warrant of removal and final commitment to issue. 12/11/19 By CRD:dts

☑ Defendant committed to the custody of the U.S. Marshal

Deputy Clerk Initials: dts
00 : 10