Case 5:19-mj-00664-DUTY   Document 9   Filed 12/11/19   Page 1 of 1   Page ID #:22

http://156.131.20.221/cacd/CrimIntakeCal.NSF/0f1cd0ee01e6a6b18825...

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s),<br>vs.<br>SONIA TABIZADA<br>Defendant(s). | Case Number: 5:19-MJ-00664<br><br>**FINAL COMMITMENT AND WARRANT OF REMOVAL**<br><br>District of Columbia<br>at Washington<br>*(City)* |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):
- ☑ Indictment
- ☑ charging him or her with threat to obstruct religious exercise; transmitting bomb threat in Interstate Commerce
- ☑ in violation of Title 18 U.S.C., Section(s) 247(a)(2); 844(e)

The defendant has now:
- ☑ duly waived arrival of process.
- ☑ duly waived identity hearing before me on 12/11/19.
- ☑ No bail has been set.
- ☑ Permanent detention has been ordered.

12/11/19
-------------------
Date

Kenly Kiya Kato
---------------------------------
United States Magistrate Judge

===============================================================
**RETURN**

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

_____            _____
Date                                                                     Deputy